UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Lacresha Janelle Slappy**                          Docket No. 7:06-CR-50-3F

**Petition for Action on Supervised Release**

COMES NOW Pamela O. Thornton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Lacresha Janelle Slappy, who, upon an earlier plea of guilty to Armed Bank Robbery and Aiding and Abetting, 18 U.S.C §2113(a)(d) and 2, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on July 18, 2007, to the custody of the Bureau of Prisons for a term of 107 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Lacresha Janelle Slappy was released from custody on September 30, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 20 and 26, 2015, the releasee submitted urine screens which revealed positive results for the use of cocaine. On January 26, 2015, she was questioned regarding her drug use and admitted she was struggling with abstaining from use. She stated she was having a hard time adjusting back into society and having difficulties bonding with her children.

After a lengthy discussion regarding her drug use, the releasee was placed in an intensified outpatient substance abuse and mental health treatment program. She is participating in Relapse Prevention Group Therapy at Coastal Horizons and meeting with her therapist weekly to address both substance abuse and mental health issues.

As a sanction for her noncompliance, she has agreed to serve a weekend in jail and participate in a cognitive behavioral program as directed by the probation office. She is currently in compliance with all other conditions. Her last two drug screens (February 2 and 6, 2015) revealed negative results for illegal substances.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons from 6 p.m. on Friday until 6 p.m. on Sunday for a period of 1 weekend and shall abide by all the rules and regulations of the designated facility.

2. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Lacresha Janelle Slappy
Docket No. 7:06-CR-50-3F
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

> I declare under penalty of perjury that the foregoing
> is true and correct.
> /s/ Pamela O. Thornton
> Pamela O. Thornton
> Senior U.S. Probation Officer
> 2 Princess Street Suite 308
> Wilmington, NC 28401-3958
> Phone: 910-679-2048
> Executed On: February 20, 2015

## ORDER OF THE COURT

Considered and ordered this _20_ day of _February_, 2015 and ordered filed and made a part of the records in the above case.

_/s/ James C. Fox_
James C. Fox
Senior U.S. District Judge