UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 7:06-CR-50-3FL

| | | |
|---|---|---|
| **United States Of America** | ) | **AMENDED JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Lacresha Janelle Slappy** | ) | |
| | ) | |

On July 18, 2007, Lacresha Janelle Slappy appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Armed Bank Robbery and Aiding and Abetting, in violation of 18 U.S.C. §§ 2113(a)(d) and 2 was sentenced to the custody of the Bureau of Prisons for a term of 107 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. Lacresha Janelle Slappy was released from custody and the term of supervised release commenced on September 30, 2014. On January 7, 2016, the defendant appeared before the Honorable James C. Fox, Senior U.S. District Judge, and was found in violation of the supervised release term. The court ordered supervised release be revoked and sentenced the defendant to 36 months imprisonment. On September 22, 2017, the United States Court of Appeals for the Fourth Circuit vacated and remanded the revocation sentence ordered on January 7, 2016.

From evidence presented at the revocation hearing on November 3, 2017, before the Honorable Louise W. Flanagan, United States District Judge, the court grants the defendant's motion for a sentence of Time Served.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of Time Served.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 3rd day of November, 2017.

Louise W. Flanagan
U.S. District Judge